O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERENCE L. YOUNG, on behalf of Writers' Guild-Industry Health Fund and Producer-Writers Guild of America Pension Plan,<br><br>          Plaintiff,<br><br>   v.<br><br>CAPITOL FILMS DEVELOPMENT LLC, a California limited liability company,<br><br>          Defendant. | Case No. CV 08-07962 DDP (Ex)<br><br>**Order Finding Defendant Capitol Films Development, LLC in Contempt** |

On November 5, 2009, the Court issued an order to show cause ("OSC") why Defendant Capitol Films Development, LLC should not be found in contempt for failing to comply with the Court's March 30, 2009 accounting order. (Dkt. Nos. 14, 21.) Defendant did not file a written response to the OSC, and it did not comply with the Court's order to appear at a December 14, 2009 hearing. In light of Defendant's failure to comply with the March 30, 2009 accounting order, and its failure to respond to the Court's OSC, the Court now finds Defendant in civil contempt.

1	Defendant is ordered to pay a coercive fine of $500 per day
2	until such time as it is in full compliance with the Court's March
3	30, 2009 accounting order. Defendant will have seven (7) days from
4	the date of this Order to comply with the accounting order before
5	the coercive fine takes effect.
6	Defendant is also ordered to appear before the Court on
7	January 11, 2010, at 10:00am. If Defendant refuses to comply with
8	this Order, the Court will consider further sanctions, including
9	imprisonment of Defendant's corporate officers.

IT IS SO ORDERED.

Dated: December 15, 2009

DEAN D. PREGERSON
United States District Judge